In the Matter of the Accounting of IRVING TRUST COMPANY, as Trustee under the Trust Made by HAROLD A. HATCH and Another, Respondent. BARBARA HARTSHORNE, Appellant, et al., Defendants.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Breitel, JJ.

■

In the Matter of FANNIE HEITEL, an Incompetent, Appellant. HARRY F. X. HAMMER, as Committee of the Person and Property of FANNIE HEITEL, an Incompetent, et al., Respondents.— Order unanimously modified to the extent of directing that a hearing be held and, as so modified, affirmed. The issue turning on contradictory proof, some of it unverified, cannot be determined on the papers alone. Settle order on notice. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Breitel, JJ.

■

HENRY STEVENS, Appellant, v. CECELIA A. STEVENS, Respondent.— Order, so far as appealed from, unanimously modified by limiting the award to payment of defendant's actual and reasonable costs of printing thirty copies of the record and points in connection with the appeal and, as so modified, affirmed. The direction to pay is too broad. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Breitel, JJ.

■

In the Matter of JAMES F. LAMBRECHT et al., Infants, by CATHERINE FITZSIMMONS, Their Guardian ad Litem, against GEORGE P. MONAGHAN, as Police Commissioner of the City of New York, and Chairman of the Board of Trustees of the Police Pension Fund, et al.— By stipulation of the parties, the application for the pension filed November 17, 1947, was deemed to be part of the record before the court. Defendant does not ask reargument on the issues of law decided, but on a claimed issue of fact which was not urged on the appeal. The record is deemed to be amended pursuant to the stipulation and the motion for reargument is denied. Present — Peck, P. J., Dore, Cohn, Callahan and Van Voorhis, JJ. [See 280 App. Div. 618.]

■

REDLARK REALTY CORP. et al. v. DAVID MINKIN et al.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Peck, P. J., Callahan, Van Voorhis and Breitel, JJ. [See 280 App. Div. 974.]

■

BERNARD KAUFMAN v. ALBERT FARAH.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Dore, J. P., Cohn, Van Voorhis and Breitel, JJ. [See ante, p. 48.]

■

In the Matter of FIFTH MADISON CORPORATION, Appellant. FREDERICK E. WEINBERG et al., Respondents.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Dore, J. P., Cohn, Van Voorhis and Breitel, JJ. [See ante, p. 676.]